**PERKINSCOIe**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

● +1.212.262.6900
● +1.212.977.1649
PerkinsCoie.com

March 19, 2021

**Thomas L. Holt**
THolt@perkinscoie.com
D. +1.212.261.6894
F. +1.212.399.8094

<u>**VIA ECF FILING**</u>

Honorable Sidney H. Stein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Antetokounmpo v. Florville*, Case No. 1:20-cv-10558-SHS

Dear Judge Stein:

We represent the Defendant René Florville ("Defendant") in this case and submit this letter motion with the consent of Plaintiff Giannis Antetokounmpo ("Plaintiff") to request that the Court reset the deadline for Defendant to respond to Plaintiff's pending motion for default judgment.

By way of background, Plaintiff filed his complaint in this action on December 14, 2020 (Dkt. No. 1). Defendant did not respond to the complaint and a Certificate of Default was entered on January 12, 2021 (Dkt. No. 11). On February 26, 2021, Plaintiff filed a motion for default judgment (Dkt. No. 16). Defendant's response to the motion for default judgment was due last Friday, March 12, 2021. Defendant did not file a timely response, as he was not represented by counsel and did not appreciate the posture of the case or the pending motion for default. Upon learning of the situation, Defendant promptly retained counsel yesterday, March 18, 2021.

The parties agree that a 21-day extension of time of the March 12, 2021 response deadline is appropriate to permit Defendant's counsel an opportunity to assess the underlying facts and respond to Plaintiff's motion for default judgment. This extension would also afford the parties an opportunity to explore settlement and otherwise serve the interests of judicial economy.

In view of the above, the parties respectfully request that the time within which Defendant must respond to Plaintiff's motion for default judgment is extended up to and including April 2, 2021.

This is the first such request and is made in good faith and not for purposes of delay.

Respectfully,

*/s/ Thomas L. Holt*
Thomas L. Holt

*Counsel for Defendant*

**Request granted.**

**Dated: New York, New York
March 19, 2021**

**SO ORDERED:**

*[signature]*

Sidney H. Stein, U.S.D.J.

Perkins Coie LLP